

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-18-00867-CV

In the Interest of **K.R.H.** and K.M.H., Children

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02393
Honorable Richard Garcia, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
               Beth Watkins, Justice
               Liza A. Rodriguez, Justice

Delivered and Filed: January 23, 2019

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of service to appellee, which has not opposed the motion. Therefore, we grant the motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1). No costs are taxed against appellant because she is indigent.

PER CURIAM